IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02476-EWN-PAC

KEN LAMLE,

    Plaintiff(s),

v.

RURAL COMMUNITY INSURANCE AGENCY, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Complaint to Reflect Defendant's Correct Company Name as Rural Community Insurance Agency, Inc., [filed March 8, 2007; Doc. No. 21] is **GRANTED** as follows:

    Plaintiff shall file their Amended Complaint reflecting the correct name of defendant, with the Court on or before **March 26, 2007.**

Dated:  March 12, 2007