**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02476-EWN-KLM

KEN LAMLE,

    Plaintiff,

vs.

RURAL COMMUNITY INSURANCE AGENCY, INC.

    Defendant.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

**THIS MATTER** has come before the Court on the Stipulation for Dismissal with Prejudice and the Court being fully advised, hereby approves the parties' Stipulation and

**ORDERS** that the above-captioned action is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

DATED this 14th day of September, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              Chief United States District Judge